CALEB MARKER (SBN 269721)
 Email: caleb.marker@zimmreed.com
Flinn T. Milligan (SBN 323042)
  Email: flinn.milligan@zimmreed.com
ZIMMERMAN REED LLP
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA FREEDLUND, an individual, on behalf of others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>REDFIN CORPORATION, a Delaware Corporation, THE NATIONAL ASSOCIATION OF REALTORS, THE CALIFORNIA ASSOCIATION OF REALTORS,<br><br>Defendants. | CASE NO.: 2:24-cv-01561<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss this entire case. Such dismissal shall be without prejudice, with each side to bear its own costs and fees. The defendant has not served "either an answer or a motion for summary judgment," so this action may be dismissed "without a court order.". Fed.R.Civ.P. 41(a)(1)(A)-(B); *see also Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999) (observing that "dismissal under Rule 41(a)(1) is effective on filing, no court order is required, [and] the parties are left as though no action had been brought").

Further, because "no class has been certified and the matter is being dismissed as to all parties without prejudice . . . dismissal does not require court approval under Rule 23(e)." *Valenzuela v. Mauser USA, LLC*, No. 120CV00094NONESAB, 2021 WL 916412, at *1 (E.D. Cal. Mar. 10, 2021); *see also Hall v. W. Ref. Retail, LLC*, No. 519CV00855VAPSKX, 2021 WL 4497925, at *1 n.1 (C.D. Cal. June 23, 2021).

Plaintiff therefore provides notice of voluntary dismissal of this action without prejudice.

Dated: 5/30/2024   By:

ZIMMERMAN REED LLP

Caleb Marker
Flinn T. Milligan
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
(877) 500-8780 Telephone
(877) 500-8781 Facsimile
caleb.marker@zimmreed.com
flinn.milligan@zimmreed.com

*Attorneys for Plaintiff*